**Fill in this information to identify the case:**

Debtor Name STAR INDUSTRIES, INC.

United States Bankruptcy Court for the: _____ District of _____

Case number: 18-19-30762

☐ Check if this is an
amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: APRIL, 2019.    Date report filed: 05/29/2019
MM / DD / YYYY

Line of business: MANUFACTURING + REPAIR    NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: THOMAS W. WOLZ

Original signature of responsible party _Thomas W. Wolz_

Printed name of responsible party THOMAS W. WOLZ

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.**

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

**If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.**

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name **STAP INDUSTRIES, INC**    Case number **18-19-30762**

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☒ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☒ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 19,297.66

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 27,828.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    – $ 25,968.97

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 1859.03

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 21,156.69

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ 2011.29

5/23/19 at 13:01:23.28

**STAP INDUSTRIES, INC.**
Cash Receipts Journal
For the Period From Apr 1, 2019 to Apr 30, 2019

Filter Criteria includes: Report order is by Check Date. Report is printed in Detail Format.

EXHIBIT C

| Date | Account ID | Transaction Ref | Line Description | Debit Amnt | Credit Amnt |
|------|-----------|-----------------|------------------|-----------:|------------:|
| 4/3/19 | 10800<br>105300 | 259190 | Invoice: 3438R<br>ATLAS AIR,INC | 2,950.00 | 2,950.00 |
| 4/3/19 | 10800<br>105300 | CK#44904 | Invoice: 3440R<br>IFL GROUP | 395.00 | 395.00 |
| 4/3/19 | 10800<br>105300 | CK#7840 | Invoice: 3435R<br>GREAT LAKES GLOBAL | 950.00 | 950.00 |
| 4/9/19 | 10800<br>105300 | ACH PAYMENT | Invoice: 3441R<br>DHL NETWORK<br>OPERATIONS (USA) INC | 3,125.00 | 3,125.00 |
| 4/11/19 | 10800<br>105300 | WIRE TRANSFER | Invoice: 3463R<br>AVIATION GLOBAL GROUP,<br>INC | 475.00 | 475.00 |
| 4/16/19 | 10800<br>10800<br>105300 | ck#3558583 | Invoice: 3446R<br>Invoice: 3447R<br>AIRBORNE MAINTENANCE<br>& ENG. SERVICES | 3,350.00 | 850.00<br>2,500.00 |
| 4/23/19 | 10800<br>10800<br>10800<br>10800<br>10800<br>10800<br>10800<br>105300 | ck# 3558745 | Invoice: 3449R<br>Invoice: 3452R<br>Invoice: 3454R<br>Invoice: 3455R<br>Invoice: 3456R<br>Invoice: 3457R<br>Invoice: 3458R<br>AIRBORNE MAINTENANCE<br>& ENG. SERVICES | 9,558.00 | 2,600.00<br>450.00<br>450.00<br>4,108.00<br>350.00<br>1,250.00<br>350.00 |
| 4/23/19 | 10800<br>105300 | ck# 3558745CR | AIRBORNE MAINTENANCE<br>& ENG. SERVICES | 100.00 | 100.00 |
| 4/30/19 | 10800<br>105300 | 30080 | Invoice: 3466R<br>SPIRIT AVIATION SERVICES,<br>INC | 2,600.00 | 2,600.00 |
| 4/30/19 | 10800<br>105300 | 3558905 | Invoice: 3459R<br>AIRBORNE MAINTENANCE<br>& ENG. SERVICES | 4,325.00 | 4,325.00 |
| | | | | 27,828.00 | 27,828.00 |

STAP INDUSTRIES, INC.
## Cash Disbursements Journal
For the Period From Apr 1, 2019 to Apr 30, 2019

Filter Criteria includes: Report order is by Date. Report is printed in Detail Format.

EXHIBIT D

| Date | Check # | Account ID | Line Description | Debit Amount | Credit Amount |
|------|---------|------------|-----------------|-------------:|--------------:|
| | | | TREASURER | | |
| 4/30/19 | CK#5011 | 20000 105350 | Invoice: 4/23/19 LIZ RITCHEY | 209.00 | 209.00 |
| 4/30/19 | CK#5012 | 20000 105300 | Invoice: 043019 LIZ RITCHEY | 148.50 | 148.50 |
| 4/30/19 | DEBIT CARD | 20000 105300 | Invoice: 04/29/19 OFFICE DEPOT | 16.95 | 16.95 |
| 4/30/19 | DEBIT CARD | 20000 105300 | Invoice: 04/12/19 OFFICE DEPOT | 198.92 | 198.92 |
| 4/30/19 | DEBIT CARD | 20000 105300 | Invoice: 04/10/19 KENTUCKIANA WIRE & ROPE | 101.16 | 101.16 |
| 4/30/19 | DEBIT CARD | 20000 105300 | Invoice: 04/29/19 GRAINGER | 252.89 | 252.89 |
| 4/30/19 | DEBIT CARD | 20000 105300 | Invoice: 04/22/19 FEDERAL EXPRESS | 129.59 | 129.59 |
| 4/30/19 | DEBIT CARD | 20000 105300 | Invoice: 04/01/19 HARBOR FREIGHT TOOLS | 63.54 | 63.54 |
| 4/30/19 | DEBIT CARD | 20000 105300 | Invoice: 04/05/19 HARBOR FREIGHT TOOLS | 59.32 | 59.32 |
| 4/30/19 | DEBIT CARD | 20000 105300 | Invoice: 04/22/19 TOM WOLZ | 50.00 | 50.00 |
| 4/30/19 | DEBIT CARD | 20000 105300 | Invoice: 040119 TOM WOLZ | 104.00 | 104.00 |
| 4/30/19 | DEBIT CARD | 20000 105300 | Invoice: 040119 ALRO STEEL | 457.45 | 457.45 |
| 4/30/19 | DEBIT CARD | 20000 105300 | Invoice: 04/08/19 ALRO STEEL | 244.79 | 244.79 |
| 4/30/19 | DEBIT CARD | 20000 105300 | Invoice: 040119 LG&E | 800.00 | 800.00 |
| 4/30/19 | DEBIT CARD | 20000 105300 | Invoice: 04/ HOME DEPOT | 8.32 | 8.32 |
| 4/30/19 | DEBIT CARD | 20000 105300 | Invoice: 04/22/19 SPEEDWAY | 41.44 | 41.44 |
| 4/30/19 | DEBIT CARD | 20000 105300 | Invoice: 04/24/19 SPEEDWAY | 34.41 | 34.41 |
| 4/30/19 | DEBIT CARD | 20000 105300 | Invoice: 04/26/19 SPEEDWAY | 37.07 | 37.07 |
| 4/30/19 | DEBIT CARD | 20000 105300 | Invoice: 04/01/19 SPEEDWAY | 20.24 | 20.24 |
| 4/30/19 | DEBIT CARD | 20000 105300 | Invoice: 04/02/19 SPEEDWAY | 180.07 | 180.07 |
| 4/30/19 | DEBIT CARD | 20000 105300 | Invoice: 04/18/19 THORNTONS | 37.37 | 37.37 |
| 4/30/19 | DEBIT CARD | 20000 105300 | Invoice: 04/09/19 SHELL | 22.55 | 22.55 |

**STAP INDUSTRIES, INC.**

Cash Disbursements Journal

For the Period From Apr 1, 2019 to Apr 30, 2019

Filter Criteria includes: Report order is by Date. Report is printed in Detail Format.

EXHIBIT 0

| Date | Check # | Account ID | Line Description | Debit Amount | Credit Amount |
|------|---------|------------|------------------|-------------:|--------------:|
| 4/16/19 | CK#5007 | 20000 105350 | Invoice: 4/6/19 LIZ RITCHEY | 189.00 | 189.00 |
| 4/17/19 | CK# 1668 | 20000 105300 | Invoice: 04/5/19 jEFFERSON CO. CLERK | 114.09 | 114.09 |
| 4/17/19 | CK#100 | 20000 105350 | Invoice: 04/02/19 LIZ RITCHEY | 99.00 | 99.00 |
| 4/17/19 | CK#1672 | 20000 105300 | Invoice: 04/01/19 THE BENNETT COMPANY | 220.00 | 220.00 |
| 4/17/19 | CK#1675 | 20000 105300 | Invoice: 04/15/19 AUTO-OWNER'S INSURANCE | 523.45 | 523.45 |
| 4/17/19 | CK#1676 | 20000 105300 | Invoice: 04/15/19 PREISER SCIENTIFIC, INC. | 33.20 | 33.20 |
| 4/17/19 | CK#1677 | 20000 105300 | Invoice: 04/15/19 TIME WARNER CABLE | 288.00 | 288.00 |
| 4/17/19 | CK#5001 | 20000 105350 | Invoice: 04/09/19 LIZ RITCHEY | 236.50 | 236.50 |
| 4/17/19 | DEBIT | 20000 105300 | Invoice: 04/17/19 UNITED PARCEL SVC-DELIVERY | 60.72 | 60.72 |
| 4/17/19 | DEBIT CARD | 20000 105300 | Invoice: 04/01/19 INVENTORY LOCATOR SVC.,LP | 890.85 | 890.85 |
| 4/17/19 | DEBIT CARD | 20000 105300 | Invoice: 04/17/19 FED EX | 359.45 | 359.45 |
| 4/26/19 | 6CK#104 | 20000 105300 | Invoice: 04/23/19 KENWOOD SERVICE CENTER | 630.13 | 630.13 |
| 4/26/19 | CK# | 20000 105300 | Invoice: 4/17/19 EPIC COATINGS AND BLASTING | 30.00 | 30.00 |
| 4/26/19 | CK#106 | 20000 105300 | Invoice: 04/24/19 CARGO REPAIR | 630.00 | 630.00 |
| 4/26/19 | CK#107 | 20000 105300 | Invoice: 04/24/19 STOCK YARDS BANK AND TRUST | 1,000.00 | 1,000.00 |
| 4/26/19 | CK#97 | 20000 105300 | Invoice: 04/22/19 RDH | 561.50 | 561.50 |
| 4/26/19 | CK#98 | 20000 105300 | Invoice: 04/22/19 CARGO REPAIR | 760.00 | 760.00 |
| 4/26/19 | DEBIT CARD | 20000 105300 | Invoice: 04/16/19 AIR CARGO EQUIPMENT | 570.00 | 570.00 |
| 4/26/19 | ONLINE PAY | 20000 105300 | Invoice: 04/23/19 AUTO-OWNER'S INSURANCE | 538.45 | 538.45 |
| 4/30/19 | BANK WITH | 20000 | Invoice: 04/25/19 | 100.00 | |

STAP INDUSTRIES, INC.

## Cash Disbursements Journal

For the Period From Apr 1, 2019 to Apr 30, 2019

Filter Criteria includes: Report order is by Date. Report is printed in Detail Format.

EXHIBIT 0

| Date | Check # | Account ID | Line Description | Debit Amount | Credit Amount |
|------|---------|------------|------------------|-------------:|--------------:|
| | | 105300 | TOM WOLZ | | 100.00 |
| 4/30/19 | BANK WITH | 20000<br>105300 | Invoice: 041219<br>US BANK | 51.00 | 51.00 |
| 4/30/19 | CHECK#1660 | 20000<br>105300 | Invoice: 04/02/19<br>WELDERS SUPPLY<br>CO. OF LOU. INC | 426.24 | 426.24 |
| 4/30/19 | CHECKS | 20000<br>105300 | Invoice: 04/30/19<br>TOM WOLZ | 1,300.00 | 1,300.00 |
| 4/30/19 | CK#1101 | 20000<br>105300 | Invoice: 04/26/19<br>TOM WOLZ | 1,000.00 | 1,000.00 |
| 4/30/19 | CK#1655 | 20000<br>105300 | Invoice: 04/09/19<br>JETSON<br>AEROSPACE CORP. | 100.00 | 100.00 |
| 4/30/19 | CK#1656 | 20000<br>105300 | Invoice: 04/04/19<br>UNITED PARCEL<br>SVC-DELIVERY | 169.08 | 169.08 |
| 4/30/19 | CK#1657 | 20000<br>105300 | Invoice: 04/01/19<br>PREISER<br>SCIENTIFIC, INC. | 608.00 | 608.00 |
| 4/30/19 | CK#1658 | 20000<br>105300 | Invoice: 01/02/19<br>AMERICAN SCALE<br>CORP. | 807.66 | 807.66 |
| 4/30/19 | CK#1659 | 20000<br>105300 | Invoice: 04/04/19<br>VALLEY SCALE | 150.00 | 150.00 |
| 4/30/19 | CK#1661 | 20000<br>105300 | Invoice: 04/02/19<br>PHELPS<br>HARDWARE<br>CO.,INC. | 102.65 | 102.65 |
| 4/30/19 | CK#1662 | 20000<br>105300 | Invoice: 04/09/19<br>OSHI<br>INTERACTIVE | 184.85 | 184.85 |
| 4/30/19 | CK#1663 | 20000<br>105300 | Invoice: 04/15/19<br>AERSALE, INC. | 500.00 | 500.00 |
| 4/30/19 | CK#1665 | 20000<br>105300 | Invoice: 04/12/19<br>KENWOOD<br>SERVICE CENTER | 740.80 | 740.80 |
| 4/30/19 | CK#1667 | 20000<br>105300 | Invoice: 040519<br>CARGO REPAIR | 600.30 | 600.30 |
| 4/30/19 | CK#1669 | 20000<br>105350 | Invoice: 04/04/19<br>K&I HARD<br>CHROME, INC. | 250.00 | 250.00 |
| 4/30/19 | CK#1671 | 20000<br>105300 | Invoice: 04/10/19<br>BOBBY BASHAM | 150.00 | 150.00 |
| 4/30/19 | CK#1674 | 20000<br>105300 | Invoice: 04/12/19<br>GROUND SUPPORT<br>PRODUCTS, CORP | 436.61 | 436.61 |
| 4/30/19 | CK#1678 | 20000<br>105300 | Invoice: 05/19/19<br>US TRUSTEE -<br>BANKRUPT FEE | 325.00 | 325.00 |
| 4/30/19 | CK#5004 & 50 | 20000<br>105300 | Invoice: 04/24/19<br>KENTUCKY STATE<br>TREASURER | 1,338.97 | 1,338.97 |

# STAP INDUSTRIES, INC.
## Cash Disbursements Journal
### For the Period From Apr 1, 2019 to Apr 30, 2019

Filter Criteria includes: Report order is by Date. Report is printed in Detail Format.

EXHIBIT D

| Date | Check # | Account ID | Line Description | Debit Amount | Credit Amount |
|------|---------|-----------|------------------|-------------|---------------|
| 4/30/19 | DEBIT CARD | 20000 105300 | Invoice: 04/11/19 AUTOZONE | 40.06 | 40.06 |
| 4/30/19 | DEBIT CARD | 20000 105300 | Invoice: 04/18/19 AUTOZONE | 13.77 | 13.77 |
| 4/30/19 | DEBIT CARD | 20000 105300 | Invoice: 04/12/19 ADS SECURITY | 177.00 | 177.00 |
| 4/30/19 | DEBIT CARD | 20000 105300 | Invoice: 04/22/19 LOUVINO RESTAURANT | 58.43 | 58.43 |
| 4/30/19 | ELECTRONIC | 20000 105300 | Invoice: 04/01/19 LG&E | 149.09 | 149.09 |
| 4/30/19 | ELECTRONIC | 20000 105300 | Invoice: 04/16/19 UNITED STATES TREASURY | 1,320.79 | 1,320.79 |
| 4/30/19 | ELECTRONIC | 20000 105300 | Invoice: 04/01/19 TIME WARNER CABLE | 274.12 | 274.12 |
| 4/30/19 | ELECTRONIC | 20000 105300 | Invoice: 04/23/19 DELUXE BUS SYSTEMS | 103.54 | 103.54 |
| 4/30/19 | FROM ACCO | 20000 105300 | Invoice: 043019 US BANK | 108.00 | 108.00 |
| 4/30/19 | debit card | 20000 105300 | Invoice: 040119 THORNTONS | 20.19 | 20.19 |
| | Total | | | 22,558.07 | 22,558.07 |

Payroll    3410.90    payroll
25968.97

STAP INDUSTRIES, INC
461 DOWNES TERRACE
LOUISVILLE, KY 40214

EXHIBIT E

| UNPAID BILLS: | AMOUNT | DUE |
|---|---|---|
| WELDERS SUPPLY | $253.94 | 5/30/19 |
| ILS | $596.20 | 4/30/19 |
| APRIL PAYROLL TAXES: | | |
| FEDERAL | $956.07 | 4/30/19 |
| STATE | $193.38 | 5/15/19 |
| LOCAL | $ 11.70 | 5/15/19 |
| TOTAL | $2011.29 | |

Debtor Name _STAP INDUSTRIES, INC_

Case number _19-19-30762_

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**

    *(Exhibit F)*

    $ _9270.00_

### 5. Employees

26. What was the number of employees when the case was filed?                    _2_

27. What is the number of employees as of the date of this monthly report?       _2_

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                                    $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?                    $ _7500.00_

30. How much have you paid this month in other professional fees?                  $ _____

31. How much have you paid in total other professional fees since filing the case?   $ _____

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | Column B | Column C |
|---|---|---|---|
|  | **Projected** — | **Actual** = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | Copy lines 20-22 of this report. | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 34,365.00 – | $ 27,828.00 = | $ 6,537.00 |
| 33. **Cash disbursements** | $ 23,483.97 – | $ 25,968.97 = | ($2,485.20) |
| 34. **Net cash flow** | $ 10,881.00 – | $ 1859.03 = | $ 9021.97 |

35. Total projected cash receipts for the next month:                              $ _10,000.00_

36. Total projected cash disbursements for the next month:                      − $ _18,500.00_

37. Total projected net cash flow for the next month:                           = $ _8,500.00_

Official Form 425C          **Monthly Operating Report for Small Business Under Chapter 11**          page **3**

STAP INDUSTRIES, INC
461 DOWNES TERRACE
LOUISVILLE, KY 40214

## MONEY OWED TO STAP INDUSTRIES, INC        EXHIBIT F

| CUSTOMER | AMOUNT OWED | DATE DUE |
|---|---|---|
| UNITED PARCEL SERVICE | $3100.00 | 4/6/19 |
| UNITED PARCEL SERVICE | $2170.00 | 4/22/19 |
| AIRBORNE MAINTENANCE | $ 450.00 | 4/26/19 |
| AIRBORNE MAINTENANCE | $ 775.00 | 05/11/19 |
| DHL NETWORK | $ 475.00 | 05/04/19 |
| ATI | $2300.00 | 05/15/19 |
| | | |
| TOTAL | $9270.00 | |

Debtor Name  STAP INDUSTRIES, INC    Case number 18-19-30762

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

## ONE OR MORE OF THESE WILL BE AVAILABLE ON NEXT MONTHS REPORT.